UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE ESTATE OF KHATOON SHAHOOD, | |
| Plaintiff, | CASE NO. C06-1104 JLR |
| v. | MINUTE ORDER |
| PARVEEN SALEEMI, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart. As provided during the court's December 18, 2006 teleconference:

The parties' dispute concerning Mr. Masood's ability to act as the personal representative of his mother's estates raises serious concerns over Plaintiff's choice of forum. Plaintiff's claims are governed by Pakistani law. The relevant acts occurred in Pakistan, hence nearly all of the witnesses, evidence, and other forms of proof are located in Pakistan.

For these reasons, the court issues this order to show cause why this suit should not be dismissed on grounds of forum non conveniens. Should Mr. Masood seek to amend his complaint to add claims in his own right, his response to the order to show cause shall address why any claims personal to Mr. Masood should not also be dismissed on grounds of forum non conveniens. Plaintiff's response to the order to show cause and any motion for leave to amend shall be filed by January 12, 2007. Defendants' response shall be filed by January 22, 2007.

MINUTE ORDER – 1

1  The court STAYS Defendants' motion for protective order (Dkt. #13) and STAYS
2  all further discovery PENDING resolution of the court's ORDER TO SHOW CAUSE.
3  Filed and entered this 18th day of December, 2006.

BRUCE RIFKIN, Clerk

By   s/Mary Duett
     Deputy Clerk

MINUTE ORDER – 2