1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

9

10

THE ESTATE OF KHATOON SHAHOOD,

11              Plaintiff,                      CASE NO. C06-1104JLR

12      v.                                      MINUTE ORDER

13  PARVEEN SALEEMI, et al.,

14              Defendants.

15

16      The following minute order is made by the direction of the court, the Honorable

17  James L. Robart:

18      The court is in receipt of Plaintiff's motion filed on January 10, 2007 (Dkt. # 27).

19  Plaintiff requests leave under Local Rules W.D. Wash. CR 7(f) to file an over-length

20

21  brief not exceeding 24-pages in response to the court's December 18, 2006 order to show

22  cause (Dkt. # 26).  Plaintiff also requests relief to shorten the notice required under CR

23  7(f) to two judicial days because Plaintiff failed to file this motion at least three judicial

24  days before the underlying brief is due on January 12, 2007.

25      The court advises Plaintiff that motions to shorten time have been abolished under

26  Local Rules W.D. Wash. CR 6(e).  Plaintiff's future requests for relief shall be filed in a

27  timely manner.  The court agrees that Plaintiff's brief may be up to 24-pages in length

28

MINUTE ORDER - 1

consistent with CR 7(e)(3).  Defendant's brief in opposition may likewise be up to 24-pages in length.  The court STRIKES Plaintiff's request as moot.

Filed and entered this 11th day of January, 2007.

BRUCE RIFKIN, Clerk

By          s/Mary Duett

Deputy Clerk

MINUTE ORDER - 2